UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |

Marinella Hemenway, individually, as surviving spouse of Ronald J. Hemenway

John Doe 27, being intended to designate the Personal Representative of the Estate of Ronald J. Hemenway, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway

Stefan Hemenway, individually, as surviving child of Ronald J. Hemenway

Desiree Hemenway, individually, as surviving child of Ronald J. Hemenway

Shirley Hemenway, individually, as surviving parent of Ronald J. Hemenway

Robert B. Hemenway Sr., individually, as surviving parent of Ronald J. Hemenway

Kathleen Novich, individually, as surviving sibling of Ronald J. Hemenway

John Doe 28, being intended to designate the Personal Representative of the Estate of DaJuan Hodges, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges

Civil Docket Number: _____

**IRAN SHORT FORM
COMPLAINT AND DEMAND
FOR TRIAL BY JURY**

Joan M. Houston as Personal Representative of the
Estate of Joan McQuillen, deceased, the late parent of
Charles J. Houston

Trina Sabb, individually, as surviving sibling of Lamar
D. Hulse

John Doe 29, being intended to designate the Personal
Representative of the Estate of John C. Jenkins,
deceased, said name being fictitious, her/his true name
is not presently known, confirmed, and/or has not been
duly appointed by a court of competent jurisdiction (or
having been so appointed, his or her appointment has
expired, and/or he or she has ceased to serve, and his
or her successor has not yet been appointed) and on
behalf of all survivors and all legally entitled
beneficiaries and family members of John C. Jenkins

John Doe 30, as Personal Representative of the Estate
of Florence Detherage, deceased, the late parent of
John C. Jenkins

John Doe 31, as Personal Representative of the Estate
of Marshall Ray Detherage, deceased, the late parent
of John C. Jenkins

John Doe 32, being intended to designate the Personal
Representative of the Estate of Charles G. John,
deceased, said name being fictitious, her/his true name
is not presently known, confirmed, and/or has not been
duly appointed by a court of competent jurisdiction (or
having been so appointed, his or her appointment has
expired, and/or he or she has ceased to serve, and his
or her successor has not yet been appointed) and on
behalf of all survivors and all legally entitled
beneficiaries and family members of Charles G. John

Cleveland B. John, individually, as surviving sibling
of Charles G. John

Orwyn John, individually, as surviving sibling of
Charles G. John

John Doe 33, being intended to designate the Personal
Representative of the Estate of Karen Kincaid,
deceased, said name being fictitious, her/his true name
is not presently known, confirmed, and/or has not been
duly appointed by a court of competent jurisdiction (or
having been so appointed, his or her appointment has
expired, and/or he or she has ceased to serve, and his
or her successor has not yet been appointed) and on

2

behalf of all survivors and all legally entitled
beneficiaries and family members of Karen Kincaid

Kristian G. Kincaid, individually, as surviving sibling
of Karen Kincaid

Kathryn "Kay" D'Amico, individually, as surviving
sibling of Karen Kincaid

Karyl Kincaid-Noel, individually, as surviving sibling
of Karen Kincaid

Karen Barrett, as the co-Personal Representative of the
Estate of Lucille T. King, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Lucille T. King

Robert Murray, as the co-Personal Representative of
the Estate of Lucille T. King, deceased, and on behalf
of all survivors and all legally entitled beneficiaries
and family members of Lucille T. King

John Doe 34, being intended to designate the Personal
Representative of the Estate of Ronald Philip
Kloepfer, deceased, said name being fictitious, her/his
true name is not presently known, confirmed, and/or
has not been duly appointed by a court of competent
jurisdiction (or having been so appointed, his or her
appointment has expired, and/or he or she has ceased
to serve, and his or her successor has not yet been
appointed) and on behalf of all survivors and all
legally entitled beneficiaries and family members of
Ronald Philip Kloepfer

Christopher Kloepfer, individually, as surviving
sibling of Ronald Philip Kloepfer

Carolyn LaFrance, individually, as surviving sibling of
Alan LaFrance

John Doe 35, being intended to designate the Personal
Representative of the Estate of William D. Lake,
deceased, said name being fictitious, her/his true name
is not presently known, confirmed, and/or has not been
duly appointed by a court of competent jurisdiction (or
having been so appointed, his or her appointment has
expired, and/or he or she has ceased to serve, and his
or her successor has not yet been appointed) and on
behalf of all survivors and all legally entitled
beneficiaries and family members of William D. Lake

John Doe 36, being intended to designate the Personal

3

Representative of the Estate of Kenneth Charles Ledee, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee

Olivia Ledee Lindsey, individually, as surviving child of Kenneth Charles Ledee

Anna Ledee, individually, as surviving parent of Kenneth Charles Ledee

Jessica Leduc, individually, as surviving child of Alexis Leduc

Alexis John Leduc, individually, as surviving child of Alexis Leduc

Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance

Leslie K. Lesperance, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance

Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A. Lesperance

John Doe 37, being intended to designate the Personal Representative of the Estate of Nancy Liz, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz

Jose Liz a/k/a Domingo Liz, individually, as surviving sibling of Nancy Liz

Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz

4

Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz

Anastasia Mancini a/k/a Anastasia Louvelos, individually, as surviving spouse of Francisco M. Mancini a/k/a Frank Mancini

Anastasia Mancini a/k/a Anastasia Louvelos, as the Personal Representative of the Estate of Francisco Mancini (a/k/a Frank Mancini), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco M. Mancini a/k/a Frank Mancini

Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM, a minor, as surviving child of Francisco M. Mancini a/k/a Frank Mancini

Anthony Mancini, individually, as surviving sibling of Francisco M. Mancini a/k/a Frank Mancini

Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini), deceased, the late parent of Francisco M. Mancini a/k/a Frank Mancini

John Doe 38, being intended to designate the Personal Representative of the Estate of Louis N. Mariani, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani

John Doe 39, being intended to designate the Personal Representative of the Estate of William A. Mathesen, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen

John Doe 40, being intended to designate the Personal Representative of the Estate of Robert G. McIlvaine,

deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. McIlvaine

Dolores Lara, individually, as surviving parent of Manuel E. Mejia

Ana I. Peguero-Miliano, individually, as surviving spouse of Manuel E. Mejia

Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia

John Doe 41, being intended to designate the Personal Representative of the Estate of Nurul Miah, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah

Sharif Chowdhury & Showkatara Sharif as Personal Representatives of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah

Bakul Miah, individually, as surviving sibling of Nurul Miah

Jane Doe 42, being intended to designate the Personal Representative of the Estate of Philip D. Miller, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on

6

behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller

Arlene Miller, individually, as surviving spouse of Philip D. Miller

John Doe 43, being intended to designate the Personal Representative of the Estate of Peter A. Nelson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson

Robert T. Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren

Dorothy Ogren, individually, as surviving parent of Joseph J. Ogren

Lance Edward Ogren, individually, as surviving sibling of Joseph J. Ogren

Jean Oitice, as the Personal Representative of the Estate of Samuel Oitice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice

John Doe 44, being intended to designate the Personal Representative of the Estate of James W. Parham, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James W. Parham

John Doe 45, being intended to designate the Personal Representative of the Estate of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has

expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Leobardo L. Pascual

Ana Pascual Ortiz, individually, as surviving parent of Leobardo L. Pascual

Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual

Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual

Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual

Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual

Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual

Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual

Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Graciela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual

Terilyn Patrick Esse a/k/a Terilyn Patrick, individually, as surviving spouse of James Patrick

Terilyn Patrick Esse a/k/a Terilyn Patrick, as the Personal Representative of the Estate of James Patrick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Patrick

Terilyn Patrick Esse a/k/a Terilyn Patrick, as Natural Guardian of JJPE a/k/a JJP, a minor, as surviving child of James Patrick

John Doe 46, being intended to designate the Personal Representative of the Estate of Anthony Portillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Portillo

Natalie Quappe, individually, as surviving child of Lincoln Quappe

Clint Quappe, individually, as surviving child of Lincoln Quappe

Kerene Reeves aka Kerene Sherica Clarke, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

Kerene Reeves aka Kerene Sherica Clarke, as the Personal Representative of the Estate of Carol Rabalais a/k/a Carol South-Rabalais, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol Rabalais a/k/a Carol South-Rabalais

Samantha Blake a/k/a Samantha Bianca Herring, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

Selvyn Neil Patrick Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

Mary Agatha South, individually, as surviving parent of Carol Rabalais a/k/a Carol South-Rabalais

John Doe 47, being intended to designate the Personal Representative of the Estate of Laura Ragonese-Snik,

9

deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik

John Doe 48, being intended to designate the Personal Representative of the Estate of John Rhodes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes

John Doe 49, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard

Jane Doe 50, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard

Vernon A. Richard II, individually, as surviving child of Vernon A. Richard

Vernessa Richard, individually, as surviving child of Vernon A. Richard

Vernessa Richard & Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard, deceased, the late spouse of Vernon A. Richard

John Doe 51, being intended to designate the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled

10

beneficiaries and family members of Marsha A. Rodriguez

John Doe 52, being intended to designate the Personal Representative of the Estate of James Romito, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito

Plaintiffs,

-against-

Islamic Republic of Iran,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

11

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.     Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3.     Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.     In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5.     The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

b.  Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6.     The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7.     By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

14

8.      By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: December 27, 2018

                                    Respectfully submitted,


                                    /s/ Jerry S. Goldman
                                    Jerry S. Goldman
                                    Bruce Strong
                                    ANDERSON KILL P.C.
                                    1251 Avenue of the Americas
                                    New York, New York
                                    Telephone: 212-278-1000
                                    jgoldman@andersonkill.com
                                    bstrong@andersonkill.com

                                    *Attorneys for Plaintiffs*

15

**APPENDIX**

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Marinella Hemenway | KS | United States | Ronald J. Hemenway | Spouse | United States | Solatium |
| 2 | John Doe 27 | DC | United States | Ronald J. Hemenway | PR | United States | Solatium/ Wrongful Death |
| 3 | Stefan Hemenway | KS | United States | Ronald J. Hemenway | Child | United States | Solatium |
| 4 | Desiree Hemenway | KS | United States | Ronald J. Hemenway | Child | United States | Solatium |
| 5 | Shirley Hemenway | MA | United States | Ronald J. Hemenway | Parent | United States | Solatium |
| 6 | Robert B. Hemenway Sr. | MA | United States | Ronald J. Hemenway | Parent | United States | Solatium |
| 7 | Kathleen Novich | KS | United States | Ronald J. Hemenway | Sibling | United States | Solatium |
| 8 | John Doe 28 | NY | United States | DaJuan Hodges | PR | United States | Solatium/ Wrongful Death |

---

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 9 | Joan M. Houston as Personal Representative of the Estate of Joan McQuillen | NY | United States | Charles J. Houston | Parent (Deceased) | United States | Solatium |
| 10 | Trina Sabb | NY | United States | Lamar D. Hulse | Sibling | United States | Solatium |
| 11 | John Doe 29 | MA | United States | John C. Jenkins | PR | United States | Solatium/ Wrongful Death |
| 12 | John Doe 30, as Personal Representative of the Estate of Florence Detherage | KY | United States | John C. Jenkins | Parent (Deceased) | United States | Solatium |
| 13 | John Doe 31, as Personal Representative of the Estate of Marshall Ray Detherage | KY | United States | John C. Jenkins | Parent (Deceased) | United States | Solatium |
| 14 | John Doe 32 | NY | United States | Charles G. John | PR | United States | Solatium/ Wrongful Death |
| 15 | Cleveland B. John | NY | United States | Charles G. John | Sibling | United States | Solatium |
| 16 | Orwyn John | NY | Guyana | Charles G. John | Sibling | United States | Solatium |
| 17 | John Doe 33 | DC | United States | Karen Kincaid | PR | United States | Solatium/ Wrongful Death |
| 18 | Kristian G. Kincaid | IA | United States | Karen Kincaid | Sibling | United States | Solatium |
| 19 | Kathryn "Kay" D'Amico | IA | United States | Karen Kincaid | Sibling | United States | Solatium |

docs-100080926.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 20 | Karyl Kincaid-Noel | IA | United States | Karen Kincaid | Sibling | United States | Solatium |
| 21 | Karen Barrett | NJ | United States | Lucille T. King | co-PR | United States | Solatium/ Wrongful Death |
| 22 | Robert Murray | NJ | United States | Lucille T. King | co-PR | United States | Solatium/ Wrongful Death |
| 23 | John Doe 34 | NY | United States | Ronald Philip Kloepfer | PR | United States | Solatium/ Wrongful Death |
| 24 | Christopher Kloepfer | NY | United States | Ronald Philip Kloepfer | Sibling | United States | Solatium |
| 25 | Carolyn LaFrance | GA | United States | Alan LaFrance | Sibling | United States | Solatium |
| 26 | John Doe 35 | NY | United States | William D. Lake | PR | United States | Solatium/ Wrongful Death |
| 27 | John Doe 36 | NY | United States | Kenneth Charles Ledee | PR | United States | Solatium/ Wrongful Death |
| 28 | Olivia Ledee Lindsey | FL | United States | Kenneth Charles Ledee | Child | United States | Solatium |
| 29 | Anna Ledee | NY | United States | Kenneth Charles Ledee | Parent | United States | Solatium |
| 30 | Jessica Leduc | NJ | United States | Alexis Leduc | Child | United States | Solatium |
| 31 | Alexis John Leduc | NJ | United States | Alexis Leduc | Child | United States | Solatium |
| 32 | Leslie K. Lesperance | FL | United States | Charles A. Lesperance | Child | United States | Solatium |
| 33 | Leslie K. Lesperance | FL | United States | Charles A. Lesperance | co-PR | United States | Solatium/ Wrongful Death |
| 34 | Nilaja A. Shealy-Loveless | NJ | United States | Charles A. Lesperance | Child | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 35 | John Doe 37 | NY | United States | Nancy Liz | PR | United States | Solatium/ Wrongful Death |
| 36 | Jose Liz a/k/a Domingo Liz | TX | United States | Nancy Liz | Sibling | United States | Solatium |
| 37 | Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr. | NY | United States | Nancy Liz | Parent (Deceased) | United States | Solatium |
| 38 | Matthew J. Liz-Ramirez | NY | United States | Nancy Liz | Child | United States | Solatium |
| 39 | Anastasia Mancini a/k/a Anastasia Louvelos | NY | United States | Francisco M. Mancini a/k/a Frank Mancini | Spouse | United States | Solatium |
| 40 | Anastasia Mancini a/k/a Anastasia Louvelos | NY | United States | Francisco M. Mancini a/k/a Frank Mancini | PR | United States | Solatium/ Wrongful death |
| 41 | Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM | NY | United States | Francisco M. Mancini a/k/a Frank Mancini | Child (Minor) | United States | Solatium |
| 42 | Anthony Mancini | NY | United States | Francisco M. Mancini a/k/a Frank Mancini | Sibling | United States | Solatium |
| 43 | Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini) | NY | United States | Francisco M. Mancini a/k/a Frank Mancini | Parent (Deceased) | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 44 | John Doe 38 | NH | United States | Louis N. Mariani | PR | United States | Solatium/ Wrongful Death |
| 45 | John Doe 39 | NJ | United States | William A. Mathesen | PR | United States | Solatium/ Wrongful Death |
| 46 | John Doe 40 | NY | United States | Robert G. McIlvaine | PR | United States | Solatium/ Wrongful Death |
| 47 | Dolores Lara | NY | Dominican Republic | Manuel E. Mejia | Parent | Dominican Republic | Solatium |
| 48 | Ana I. Peguero-Miliano | NY | United States | Manuel E. Mejia | Spouse | Dominican Republic | Solatium |
| 49 | Jacqueline Mejia Peguero | NY | United States | Manuel E. Mejia | Child | Dominican Republic | Solatium |
| 50 | Jose Miguel Mejia Peguero | NY | United States | Manuel E. Mejia | Child | Dominican Republic | Solatium |
| 51 | Manuel E. Mejia Peguero | NY | Dominican Republic | Manuel E. Mejia | Child | Dominican Republic | Solatium |
| 52 | John Doe 41 | NY | United States | Nurul Miah | PR | United States | Solatium/ Wrongful Death |
| 53 | Sharif Chowdhury & Showkatara Sharif as Personal Representatives of the Estate of Shakila Yasmin | NY | United States | Nurul Miah | Spouse (Deceased) | United States | Solatium |
| 54 | Bakul Miah | NJ | United States | Nurul Miah | Sibling | United States | Solatium |
| 55 | Jane Doe 42 | NY | United States | Philip D. Miller | PR | United States | Solatium/ Wrongful Death |
| 56 | Arlene Miller | MS | United States | Philip D. Miller | Spouse | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 57 | John Doe 43 | NY | United States | Peter A. Nelson | PR | United States | Solatium/ Wrongful Death |
| 58 | Robert T. Ogren | FL | United States | Joseph J. Ogren | PR | United States | Solatium/ Wrongful Death |
| 59 | Dorothy Ogren | NJ | United States | Joseph J. Ogren | Parent | United States | Solatium |
| 60 | Lance Edward Ogren | SC | United States | Joseph J. Ogren | Sibling | United States | Solatium |
| 61 | Jean Oitice | NY | United States | Samuel Oitice | PR | United States | Solatium/ Wrongful Death |
| 62 | John Doe 44 | NY | United States | James W. Parham | PR | United States | Solatium/ Wrongful Death |
| 63 | John Doe 45 | NY | United States | Leobardo L. Pascual | PR | United States | Solatium/ Wrongful Death |
| 64 | Ana Pascual Ortiz | CA | Mexico | Leobardo L. Pascual | Parent | Mexico | Solatium |
| 65 | Mirna Huerta Aguirre | Mexico | Mexico | Leobardo L. Pascual | Spouse | Mexico | Solatium |
| 66 | Diego Lopez Reyes | NJ | Mexico | Leobardo L. Pascual | Child | Mexico | Solatium |
| 67 | Juan Lopez Reyes | NJ | Mexico | Leobardo L. Pascual | Child | Mexico | Solatium |
| 68 | Lizeth Lopez Huerta | Mexico | Mexico | Leobardo L. Pascual | Child | Mexico | Solatium |
| 69 | Mariela Lopez Huerta | Mexico | Mexico | Leobardo L. Pascual | Child | Mexico | Solatium |
| 70 | Cristobal Lopez | CA | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 71 | Rafael Lopez Pascual | CA | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |

21

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 72 | Ana Luisa Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 73 | Graciela Lopez Pascual | CA | United States | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 74 | Flor Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 75 | Elena De La Cruz Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 76 | Maria Elvia Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 77 | Manuela Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 78 | Raquel Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 79 | Janet Lopez Pascual | Mexico | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 80 | Carmen Yosef Lopez | CA | Mexico | Leobardo L. Pascual | Sibling | Mexico | Solatium |
| 81 | Terilyn Patrick Esse a/k/a Terilyn Patrick | CT | United States | James Patrick | Spouse | United States | Solatium |
| 82 | Terilyn Patrick Esse a/k/a Terilyn Patrick | CT | United States | James Patrick | PR | United States | Solatium/ Wrongful Death |
| 83 | Terilyn Patrick Esse a/k/a Terilyn Patrick, as Natural Guardian of JJPE a/k/a JJP | CT | United States | James Patrick | Child (Minor) | United States | Solatium |

docs-100080926.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 84 | John Doe 46 | NY | United States | Anthony Portillo | PR | United States | Solatium/ Wrongful Death |
| 85 | Natalie Quappe | NY | United States | Lincoln Quappe | Child | United States | Solatium |
| 86 | Clint Quappe | NY | United States | Lincoln Quappe | Child | United States | Solatium |
| 87 | Kerene Reeves aka Kerene Sherica Clarke | NY | United States | Carol Rabalais a/k/a Carol South-Rabalais | Child | United States | Solatium |
| 88 | Kerene Reeves aka Kerene Sherica Clarke | NY | United States | Carol Rabalais a/k/a Carol South-Rabalais | PR | United States | Solatium/ Wrongful Death |
| 89 | Samantha Blake a/k/a Samantha Bianca Herring | NY | United States | Carol Rabalais a/k/a Carol South-Rabalais | Child | United States | Solatium |
| 90 | Selvyn Neil Patrick Blake | NY | United States | Carol Rabalais a/k/a Carol South-Rabalais | Child | United States | Solatium |
| 91 | Mary Agatha South | NY | United States | Carol Rabalais a/k/a Carol South-Rabalais | Parent | United States | Solatium |
| 92 | John Doe 47 | PA | United States | Laura Ragonese-Snik | PR | United States | Solatium/ Wrongful Death |
| 93 | John Doe 48 | NJ | United States | John Rhodes | PR | United States | Solatium/ Wrongful Death |
| 94 | John Doe 49 | NY | United States | Vernon A. Richard | co-PR | United States | Solatium/ Wrongful Death |
| 95 | Jane Doe 50 | NY | United States | Vernon A. Richard | co-PR | United States | Solatium/ Wrongful Death |
| 96 | Vernon A. Richard II | NC | United States | Vernon A. Richard | Child | United States | Solatium |

23

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 97 | Vernessa Richard | NY | United States | Vernon A. Richard | Child | United States | Solatium |
| 98 | Vernessa Richard & Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard | NC/NY | United States | Vernon A. Richard | Spouse (Deceased) | United States | Solatium |
| 99 | John Doe 51 | NJ | United States | Marsha A. Rodriguez | PR | United States | Solatium/ Wrongful Death |
| 100 | John Doe 52 | NY | United States | James Romito | PR | United States | Solatium/ Wrongful Death |