**Ex. B-12**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|-----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1.  | Anthony             |                      | Alvarado           |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2.  | Victoria            |                      | Alvarez-Brito      |             |                        | $2,000,000.00              | $2,000,000.00       |
| 3.  | Scott               | Daniel               | Bart               |             |                        | $2,000,000.00              | $2,000,000.00       |
| 4.  | Ronald              | Paul                 | Bucca              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 5.  | David               | Gary                 | Carlone            |             | $3,607,825.00          | $2,000,000.00              | $5,607,825.00       |
| 6.  | Steven              | Paul                 | Chucknick          |             | $3,825,361.00          | $2,000,000.00              | $5,825,361.00       |
| 7.  | Alex                | F.                   | Ciccone            |             |                        | $2,000,000.00              | $2,000,000.00       |
| 8.  | Jerry               | Don                  | Dickerson          |             |                        | $2,000,000.00              | $2,000,000.00       |
| 9.  | Jeffrey             |                      | Dingle             |             |                        | $2,000,000.00              | $2,000,000.00       |
| 10. | Christopher         | Michael              | Duffy              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 11. | Lee                 | Stanley              | Fehling            |             |                        | $2,000,000.00              | $2,000,000.00       |
| 12. | Paul                | Matthew              | Fiori              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 13. | Dennis              | James                | Gomes              |             |                        | $2,000,000.00              | $2,000,000.00       |
| 14. | Douglas             | Darrell              | Ketcham            |             |                        | $2,000,000.00              | $2,000,000.00       |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 15. | Amy | | King | | | $2,000,000.00 | $2,000,000.00 |
| 16. | Frederick | | Kuo | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 17. | Elena | Fernanda | Ledesma | | | $2,000,000.00 | $2,000,000.00 |
| 18. | Stephen | Vincent | Mulderry | | | $2,000,000.00 | $2,000,000.00 |
| 19. | Laurence | Florian | Nedell | | | $2,000,000.00 | $2,000,000.00 |
| 20. | Richard | Al | Penny | | | $2,000,000.00 | $2,000,000.00 |
| 21. | William | Howard | Pohlmann | | | $2,000,000.00 | $2,000,000.00 |
| 22. | Thomas | Michael | Regan | | $9,293,281.00 | $2,000,000.00 | $11,293,281.00 |
| 23. | Stephen | | Roach | | | $2,000,000.00 | $2,000,000.00 |
| 24. | Richard | Lawrence | Salinardi | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 25. | Edward | W. | Schunk | | | $2,000,000.00 | $2,000,000.00 |
| 26. | Davis | Grier | Sezna | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 27. | Paul | Albert | Skrzypek | | | $2,000,000.00 | $2,000,000.00 |
| 28. | James | Joseph | Suozzo | | | $2,000,000.00 | $2,000,000.00 |
| 29. | Kip | | Taylor | | | $2,000,000.00 | $2,000,000.00 |

docs-100586586.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 30. | Jacqueline | | Young | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | $16,726,467.00 | $60,000,000.00 | $76,726,467.00 |