**Ex. B-5**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Patricia | A. | Cody | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Michelle | H. | Goldstein | | $3,252,145.00 | | $3,252,145.00 |

|  | **TOTALS** | | | | $3,252,145.00 | $2,000,000.00 | $5,252,145.00 |