UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

MEMORANDUM DECISION
AND ORDER

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

> *DeRubbio, et al. v. Islamic Republic of Iran*, No. 18-cv-5306 (GBD) (SN)
> *Morris, et al. v. Islamic Republic of Iran*, No. 18-cv-5321 (GBD) (SN)
> *Ades, et al. v. Islamic Republic of Iran*, No. 18-cv-7306 (GBD) (SN)
> *Kim, et al. v. Islamic Republic of Iran*, No. 18-cv-11870 (GBD) (SN)
> *Jimenez, et al. v. Islamic Republic of Iran*, No. 18-cv-11875 (GBD) (SN)
> *Rivelli, et al. v. Islamic Republic of Iran*, No. 18-cv-11878 (GBD) (SN)
> *Aamoth, et al. v. Islamic Republic of Iran*, No. 18-cv-12276 (GBD) (SN)
> *Hemenway, et al. v. Islamic Republic of Iran*, No. 18-cv-12277 (GBD) (SN)
> *Bernaerts, et al. v. Islamic Republic of Iran*, No. 19-cv-11865 (GBD) (SN)
> *Aron, et al. v. Islamic Republic of Iran*, No. 20-cv-9376 (GBD) (SN)
> *Hargrave, et al. v. Islamic Republic of Iran*, No. 20-cv-9387 (GBD) (SN)
> *Asaro, et al. v. Islamic Republic of Iran*, No. 20-cv-10460 (GBD) (SN)
> *Bianco, et al. v. Islamic Republic of Iran*, No. 20-cv-10902 (GBD) (SN)
> *Amato, et al. v. Islamic Republic of Iran*, No. 21-cv-10239 (GBD) (SN)
> *King, et al. v. Islamic Republic of Iran*, No. 22-cv-5193 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On June 23, 2023, numerous Plaintiffs in the above-captioned actions moved for partial final default judgments against the Islamic Republic of Iran, seeking pain and suffering, economic, and solatium damages on behalf of those who lost family members in the September 11, 2001 terrorist attacks and the estates of those killed. (Pls.' Mot. for Partial Final Js. for Damages, ECF No. 9147.[1]) Two Plaintiffs, Port Authority Police Officer William Jose Jimeno and Lieutenant John McLoughlin, move for pain and suffering damages to compensate them for the injuries they

---

[1] Unless otherwise indicated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN).

1

suffered when they miraculously survived the collapse of the World Trade Center. (Pls.' Mem. of Law in Support of Partial Final Js. for Damages ("Mem."), ECF No. 9148, at 49–89.) Before the Court is Magistrate Judge Sarah Netburn's November 28, 2023 Report and Recommendation (the "Report"), recommending that this Court grant Plaintiffs' motion in part, deny their motion in part without prejudice, and recommending the amounts in which certain Plaintiffs should be awarded damages. (Report, ECF No. 9949, at 2, Ex. A.) Magistrate Judge Netburn advised the parties that failure to file timely objections to the Report would constitute a waiver of those objections on appeal. (*Id.* at 11.) No party has filed any objections.

## I.   LEGAL STANDARDS

A court "may accept, reject, or modify, in whole or in part, the findings or recommendations" set forth in a magistrate judge's report. 28 U.S.C. § 636(b)(1)(C). The court must review *de novo* the portions of a magistrate judge's report to which a party properly objects. *Id.* Portions of a magistrate judge's report to which no or "merely perfunctory" objections are made are reviewed for clear error. *Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006) (citation omitted). Clear error is present only when "upon review of the entire record, [the court is] left with the definite and firm conviction that a mistake has been committed." *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006) (citation omitted).

Having reviewed the Report for clear error and finding none, this Court ADOPTS Magistrate Judge Netburn's Report in full.

## II.   MAGISTRATE JUDGE NETBURN DID NOT ERR IN HER RECOMMENDATIONS ON DAMAGES

Magistrate Judge Netburn did not commit clear error in finding that Iran is liable to these Plaintiffs. (*See* Report at 2 n.2 (citing entries of default judgment as to Iran's liability in each of

the above-listed cases).) "What remains is to determine whether the [P]laintiffs are entitled to the damages they request." (*Id.* at 2.)

## A. Denial of Damages

Magistrate Judge Netburn did not err in her determination that, at this juncture, the estates of Victoria Alvarez-Brito, Mario Brito, Frederick Kuo Jr., and Michael Lomax are not entitled to damages. (*Id.*) The Plaintiffs advancing these estates' claims—Jamie Brito, Michael R. Kuo, and Elisa P. Malani—have each petitioned to be state-appointed personal representatives, but their petitions are currently pending. (*Id.*) Accordingly, as Magistrate Judge Netburn recommended, these estates' requests for default judgments as to damages are DENIED without prejudice. These Plaintiffs may renew their requests for default judgments as to damages if and when their appointments as personal representatives are approved.

## B. Economic Damages

Plaintiffs may recover for "economic damages" under 28 U.S.C. § 1605A(c)(4), and "estates of those who [died] can recover economic losses stemming from the wrongful death of the decedent," *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 83 (D.D.C. 2010). "This Court has consistently awarded [economic] damages where those damage calculations are appropriately supported by expert testimony." (Mem. Decision & Order, ECF No. 9213, at 3 (internal citation omitted).)

Magistrate Judge Netburn properly awarded Plaintiffs economic damages. Plaintiffs' "economic damages figures are supported by financial analyses performed by economist John Beauzile." (Report at 2; *see* Economic Reports, ECF Nos. 9149-28 to -32, 9378-1 to -5.) Therefore, Plaintiffs are awarded economic damages as set forth below in Exhibit A.

### C. Solatium Damages

There has been a long-established framework for solatium damages awarded to family members of victims who died from the 9/11 attacks. (*See* Report at 2; Mem. Decision & Order, ECF No. 2623.) Within this framework, solatium damages are awarded as follows: $12,500,000.00 for spouses, $8,500,000.00 for parents, $8,500,000.00 for children, and $4,250,000.00 for siblings. (ECF No. 2623 at 4.) Magistrate Judge Netburn correctly applied this framework in the Report, and accordingly, Plaintiffs are awarded solatium damages as set forth below in Exhibit A.

### D. Pain and Suffering Damages

#### 1. 9/11 Decedents

This Court has long held that those killed in the 9/11 attacks are entitled to a damage award of $2,000,000.00 per decedent for the "horrific pain and suffering" they endured that day. (ECF No. 2623 at 3.) Magistrate Judge Netburn properly followed this precedent, and this Court awards pain and suffering damages to the estates of 9/11 decedents as set forth below and Exhibit A.

#### 2. Detective William Jose Jimeno and Lieutenant John McLoughlin[2]

On February 7, 2020, Magistrate Judge Netburn established a framework to award personal injury damages to individual Plaintiffs who had sustained injuries during the 9/11 attacks, which this Court adopted on February 14, 2020. (R. & R. ("Personal Injury Report"), ECF No. 5879, *adopted by* Mem. Decision & Order, ECF No. 5946.) This framework outlined the personal injury awards for individual Plaintiffs and is as follows:

---

[2] This Court refers to Detective Jimeno and Lieutenant McLoughlin by their current ranks. (*See* Report at 4 nn.4–5.)

4

| Category of Injury | Pain and Suffering Damages Award |
|---|---|
| Significant | $5,000,000.00 |
| Severe | $7,000,000.00 |
| Devastating | $10,000,000.00 |

(*Id.* at 6.) In the Personal Injury Report, Magistrate Judge Netburn defined and categorized what type of injuries the Court will typically consider to be "significant," "severe," or "devastating," and she also reserved the Court's discretion to award further upward departures in what appear to be exceptional circumstances. (*Id.* at 6–9.)

Magistrate Judge Netburn did not err in her recommendation that this Court exercise its discretion to award Detective Jimeno and Lieutenant McLoughlin damages well above the default rubric. (*See* Report at 4–9.) Both Plaintiffs submitted declarations and exhibits, extensively detailing the injuries they sustained during the 9/11 attacks. (*See* Exs. C, E to Goldman Decl., ECF Nos. 9149-20 to -27, 9149-33 to -54.) The Report accurately describes the relevant injuries as "beyond devastating" and confirms that the medical records reflect these injuries. (*See* Report at 4–9.) Therefore, Detective Jimeno is awarded $18,000,000.00 in pain and suffering damages, and Lieutenant McLoughlin is awarded $25,000,000.00 in pain and suffering damages.

### E. Prejudgment Interest and Further Damages Applications

Additionally, Magistrate Judge Netburn appropriately found that the Plaintiffs listed in Exhibit A should be awarded prejudgment interest of 4.96 percent per annum, compounded annually. (Report at 9.) Prejudgment interest will run from September 11, 2001 until the date of judgment for both pain and suffering and solatium damages. (*See id.*) For economic damages,

Magistrate Judge Netburn correctly found that prejudgment interest should run from the following dates until the date of judgment:

- June 1, 2022, for the Estates of David Gary Carlone and Steven Paul Chucknick;
- September 1, 2022, for William Jose Jimeno and John McLoughlin;
- October 1, 2022, for the Estates of John E. Eichler, Virginia E. Fox, Michelle H. Goldstein, and Thomas Michael Regan;
- November 1, 2022, for the Estates of Emerita De La Pena, John Joseph Doherty III, Kathy Nancy Mazza, and John Rhodes;
- December 1, 2022, for the Estates of Patrick Thomas Dwyer, Carl Martin Flickinger, Joseph John Hasson III, James Frances Murphy IV, Joseph Michael Navas, Keith Kevin O'Connor, and Patrick John O'Shea;
- January 1, 2023, for the Estates of Timothy Joseph Finnerty, David Eliot Retik, and Donald Walter Robertson Jr.;
- March 1, 2023, for the Estates of Judith Berquis Diaz-Sierra, Nancy Liz, and Robert David Peraza; and
- April 1, 2023, for the Estate of Joanne Rubino.

(*Id.* at 9–10.) As the Report states, "[a]ll [P]laintiffs in these member cases [are] permitted to submit further applications for damages consistent with any future rulings of the Court." (*Id.* at 10.)

### III. CONCLUSION

Plaintiffs' Motion for Partial Final Judgments for Damages (ECF No. 9147) is GRANTED IN PART AND DENIED PART. It is:

6

**ORDERED** that Plaintiffs' motion for partial final damages judgments for the estates of Victoria Alvarez-Brito, Mario Brito, Frederick Kuo Jr., and Michael Lomax is DENIED without prejudice; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and suffering, solatium, and economic damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum as set forth *supra* in Section II.E, all interest compounded annually over the same period; and it is

**ORDERED** that to the extent they have not done so already, the Plaintiffs identified in Exhibit A may submit in later stages applications for punitive, economic, and/or other damages awards; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards.

The Clerk of Court is directed to close the motions at:

- ECF No. 9147 in 03-md-1570;
- ECF No. 268 in 18-cv-5306;
- ECF No. 230 in 18-cv-5321;
- ECF No. 192 in 18-cv-7306;
- ECF No. 208 in 18-cv-11870;
- ECF No. 162 in 18-cv-11875;
- ECF No. 179 in 18-cv-11878;
- ECF No. 195 in 18-cv-12276;

- ECF No. 235 in 18-cv-12277;
- ECF No. 171 in 19-cv-11865;
- ECF No. 157 in 20-cv-9376;
- ECF No. 142 in 20-cv-9387;
- ECF No. 144 in 20-cv-10460;
- ECF No. 135 in 20-cv-10902;
- ECF No. 72 in 21-cv-10239; and
- ECF No. 55 in 22-cv-5193.

Dated: New York, New York
December 14, 2023
DEC 14 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| William Jose Jimeno | N/A | King | $18,000,000.00 | | $3,181,931.00 |
| John McLoughlin | N/A | King | $25,000,000.00 | | $2,660,711.00 |
| Jeannette Ramos, as personal representative of the estate of Anthony Alvarado | Anthony Alvarado | King | $2,000,000.00 | | |
| Anthony Joshua Alvarado | Anthony Alvarado | King | | $8,500,000.00 | |
| Elizabeth Rick, as personal representative of the estate of Scott Daniel Bart | Scott Daniel Bart | King | $2,000,000.00 | | |
| Elizabeth Courtney Rick | Scott Daniel Bart | King | | $12,500,000.00 | |
| Jamie Brito | Victoria Alvarez-Brito | King | | $8,500,000.00 | |
| Raul Brito | Victoria Alvarez-Brito | King | | $8,500,000.00 | |
| Eve Bucca, as personal representative of the estate of Ronald Paul Bucca | Ronald Paul Bucca | King | $2,000,000.00 | | |
| Alfred R. Bucca | Ronald Paul Bucca | King | | $4,250,000.00 | |
| Astrid Bucca | Ronald Paul Bucca | King | | $8,500,000.00 | |
| Eve Elizabeth Bucca | Ronald Paul Bucca | King | | $12,500,000.00 | |
| Robert Bucca | Ronald Paul Bucca | King | | $4,250,000.00 | |
| Ronald Luke Bucca | Ronald Paul Bucca | King | | $8,500,000.00 | |
| Jessica Bucca-Hughes | Ronald Paul Bucca | King | | $8,500,000.00 | |
| Beverly Carlone, as personal representative of the estate of David Gary Carlone | David Gary Carlone | King | $2,000,000.00 | | $3,607,825.00 |
| Beverly Deschino Carlone | David Gary Carlone | King | | $12,500,000.00 | |
| Barbara Chucknick, as personal representative of the estate of Steven Paul Chucknick | Steven Paul Chucknick | King | $2,000,000.00 | | $3,825,361.00 |
| Barbara Marie Chucknick | Steven Paul Chucknick | King | | $12,500,000.00 | |
| Steven Louis Chucknick | Steven Paul Chucknick | King | | $8,500,000.00 | |
| Stefanie Oliva, as personal representative of the estate of Alex F. Ciccone | Alex F. Ciccone | King | $2,000,000.00 | | |
| Stefanie Marie Oliva | Alex F. Ciccone | King | | $12,500,000.00 | |
| Lidia Alvarez | Juan Pablo Alvarez Cisneros | King | | $8,500,000.00 | |
| Alfonso Cisneros | Juan Pablo Alvarez Cisneros | King | | $8,500,000.00 | |
| Ana Maria Cisneros | Juan Pablo Alvarez Cisneros | King | | $4,250,000.00 | |

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Beth Schutte, as personal representative of the estate of Patricia A. Cody | Patricia A. Cody | Aamoth | $2,000,000.00 | | |
| Gabriel De La Pena, as personal representative of the estate of Emerita De La Pena | Emerita De La Pena | Aron | | | $5,950,952.00 |
| Ronald Sierra, as personal representative of the estate of Judith Berquis Diaz-Sierra | Judith Berquis Diaz-Sierra | Aron | | | $2,254,411.00 |
| Page Dantzler Dickerson, as personal representative of the estate of Jerry Don Dickerson | Jerry Don Dickerson | King | $2,000,000.00 | | |
| Elizabeth Bailey Dickerson | Jerry Don Dickerson | King | | $8,500,000.00 | |
| Page Dantzler Dickerson | Jerry Don Dickerson | King | | $12,500,000.00 | |
| William Austin Dickerson | Jerry Don Dickerson | King | | $8,500,000.00 | |
| Sol Newman | Debra Ann DiMartino | King | | $4,250,000.00 | |
| Angelo John Puma | Debra Ann DiMartino | King | | $4,250,000.00 | |
| Josephine Tabick | Debra Ann DiMartino | King | | $4,250,000.00 | |
| Nicole Braithwaite-Dingle, as personal representative of the estate of Jeffrey Dingle | Jeffrey Dingle | King | $2,000,000.00 | | |
| Nicole Brathwaite-Dingle | Jeffrey Dingle | King | | $12,500,000.00 | |
| Jassiem Dingle | Jeffrey Dingle | King | | $8,500,000.00 | |
| Nia Dingle | Jeffrey Dingle | King | | $8,500,000.00 | |
| Mary Doherty, as personal representative of the estate of John Joseph Doherty III | John Joseph Doherty III | Bianco | | | $3,348,177.00 |
| John G. Duffy, as personal representative of the estate of Christopher Michael Duffy | Christopher Michael Duffy | King | $2,000,000.00 | | |
| Brian Matthew Duffy | Christopher Michael Duffy | King | | $4,250,000.00 | |
| John Duffy | Christopher Michael Duffy | King | | $8,500,000.00 | |
| Kevin Thomas Duffy | Christopher Michael Duffy | King | | $4,250,000.00 | |
| Kathleen Langan | Christopher Michael Duffy | King | | $8,500,000.00 | |
| Caitlin McCaffrey Meloy | Christopher Michael Duffy | King | | $4,250,000.00 | |
| Kara Anne Mylod | Christopher Michael Duffy | King | | $4,250,000.00 | |
| Jo Ann Dwyer, as personal representative of the estate of Patrick Thomas Dwyer | Patrick Thomas Dwyer | Bianco | | | $68,381,557.00 |
| Angela Eacobacci | Joseph Anthony Eacobacci | King | | $8,500,000.00 | |

11

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Mitchell Joseph Eacobacci | Joseph Anthony Eacobacci | King | | $8,500,000.00 | |
| John R. Eichler, as personal representative of the estate of John E. Eichler | John E. Eichler | Kim | | | $2,229,794.00 |
| Danielle Fehling-Wasnieski, as personal representative of the estate of Lee Stanley Fehling | Lee Stanley Fehling | King | $2,000,000.00 | | |
| Joan M. Bischoff | Lee Stanley Fehling | King | | $8,500,000.00 | |
| James E. Fehling Jr. | Lee Stanley Fehling | King | | $4,250,000.00 | |
| Kaitlin Nicole Fehling | Lee Stanley Fehling | King | | $8,500,000.00 | |
| Megan Lee Fehling | Lee Stanley Fehling | King | | $8,500,000.00 | |
| Thomas John Fehling | Lee Stanley Fehling | King | | $4,250,000.00 | |
| Danielle Claire Fehling-Wasnieski | Lee Stanley Fehling | King | | $12,500,000.00 | |
| Theresa Roberts, as personal representative of the estate of Timothy Joseph Finnerty | Timothy Joseph Finnerty | Aron | | | $7,814,071.00 |
| Lynda T. Scarcella, as personal representative of the estate of Paul Matthew Fiori | Paul Matthew Fiori | King | $2,000,000.00 | | |
| Adriana Marie Fiori | Paul Matthew Fiori | King | | $8,500,000.00 | |
| Debbi Liberta Fiori | Paul Matthew Fiori | King | | $8,500,000.00 | |
| Lynda Theresa Scarcella | Paul Matthew Fiori | King | | $12,500,000.00 | |
| Kathleen Flickinger, as personal representative of the estate of Carl Martin Flickinger | Carl Martin Flickinger | Aron | | | $12,249,995.00 |
| Allison Fox-Breland, as personal representative of the estate of Virginia E. Fox | Virginia E. Fox | Ades | | | $208,536.00 |
| Jessica Geier, as personal representative of the estate of Paul Hamilton Geier | Paul Hamilton Geier | Amato | $2,000,000.00 | | |
| Edward Goldstein, as personal representative of the estate of Michelle H. Goldstein | Michelle H. Goldstein | Aamoth | | | $3,252,145.00 |
| Cynthia Gomes, as personal representative of the estate of Dennis James Gomes | Dennis James Gomes | King | $2,000,000.00 | | |
| Cynthia Marie Gomes | Dennis James Gomes | King | | $12,500,000.00 | |
| Mackenzie May Gomes | Dennis James Gomes | King | | $8,500,000.00 | |
| Mary Hasson, as personal representative of the estate of Joseph John Hasson III | Joseph John Hasson III | Asaro | | | $3,529,760.00 |
| Petrolina Sencion | Maxima Jean-Pierre | DeRubbio | | $8,500,000.00 | |

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Greffery John | Charles Gregory John | Hemenway | | $8,500,000.00 | |
| Gregory Isaac John | Charles Gregory John | Hemenway | | $8,500,000.00 | |
| Marisa Alexus John | Charles Gregory John | Hemenway | | $8,500,000.00 | |
| Gillian Marcia Gransaull-Joseph | Stephen Joseph | King | | $12,500,000.00 | |
| Tristan Anthony Joseph | Stephen Joseph | King | | $8,500,000.00 | |
| Jessica Lynn Jurgens | Thomas Edward Jurgens | King | | $4,250,000.00 | |
| Jospeh E. Jurgens | Thomas Edward Jurgens | King | | $8,500,000.00 | |
| Joseph Brian Jurgens | Thomas Edward Jurgens | King | | $4,250,000.00 | |
| Dennis Ketcham, as personal representative of the estate of Douglas Darrell Ketcham | Douglas Darrell Ketcham | King | $2,000,000.00 | | |
| Dennis Ketcham | Douglas Ketcham | King | | $8,500,000.00 | |
| Denyse Danielle Kruse, as personal representative of the estate of Raenell Ketcham | Douglas Ketcham | King | | $8,500,000.00 | |
| Denyse Danielle Kruse | Douglas Ketcham | King | | $4,250,000.00 | |
| Shivam Khandelwal | Rajesh Khandelwal | King | | $8,500,000.00 | |
| Susan M. King, as personal representative of the estate of Amy King | Amy King | King | $2,000,000.00 | | |
| Susan M. King, as personal representative of the estate of Stewart King Jr. | Amy King | King | | $8,500,000.00 | |
| Michael Robert Kuo | Frederick Kuo Jr. | King | | $8,500,000.00 | |
| Kathleen Gelman | Thomas Joseph Kuveikis | King | | $4,250,000.00 | |
| Angelina Jimenez, as personal representative of the estate of Elena Fernanda Ledesma | Elena Fernanda Ledesma | King | $2,000,000.00 | | |
| Angelina Krissy Jimenez | Elena Fernanda Ledesma | King | | $8,500,000.00 | |
| Shanhellen Trissy Jimenez | Elena Fernanda Ledesma | King | | $8,500,000.00 | |
| Anne Lynn Hayashi | Stuart (Soo-Jin) Lee | King | | $12,500,000.00 | |
| Matthew J. Liz-Ramirez, as personal representative of the estate of Nancy Liz | Nancy Liz | Hemenway | | | $2,458,029.00 |
| Christopher Delosh, as personal representative of the estate of Kathy Nancy Mazza | Kathy Nancy Mazza | Hargrave | | | $3,705,121.00 |
| Anne McCloskey, as personal representative of the estate of Katie M. McCloskey | Katie M. McCloskey | Jimenez | $2,000,000.00 | | |

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Amy Mulderry, as personal representative of the estate of Stephen Vincent Mulderry | Stephen Vincent Mulderry | King | $2,000,000.00 | | |
| Amy Kane Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| Andrew Thomas Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| Anne McGrath Mulderry | Stephen Vincent Mulderry | King | | $8,500,000.00 | |
| Anne Connell Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| Daniel Patrick Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| Darra D. Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| Peter M. Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| William J. Mulderry | Stephen Vincent Mulderry | King | | $4,250,000.00 | |
| Jeanine Murphy, as personal representative of the estate of James Francis Murphy IV | James Francis Murphy IV | Hargrave | | | $6,081,230.00 |
| Karen A. Navas, as personal representative of the estate of Joseph Michael Navas | Joseph Michael Navas | Hargrave | | | $4,707,950.00 |
| Lorraine Nedell, as personal representative of the estate of Laurence Florian Nedell | Laurence Florian Nedell | King | $2,000,000.00 | | |
| Jennie Nedell | Laurence Florian Nedell | King | | $8,500,000.00 | |
| Laura Nedell | Laurence Florian Nedell | King | | $8,500,000.00 | |
| Lorraine Nedell | Laurence Florian Nedell | King | | $12,500,000.00 | |
| Sandra O'Connor Carey, as personal representative of the estate of Keith Kevin O'Connor | Keith Kevin O'Connor | Asaro | | | $8,240,787.00 |
| Sheila O'Shea, as personal representative of the estate of Patrick John O'Shea | Patrick John O'Shea | Bianco | | | $2,614,826.00 |
| Valada Penny, as personal representative of the estate of Richard Al Penny | Richard Al Penny | King | $2,000,000.00 | | |
| Richard Tyson Penny | Richard Al Penny | King | | $8,500,000.00 | |
| Valada Berencia Penny | Richard Al Penny | King | | $12,500,000.00 | |
| Neil Peraza, as personal representative of the estate of Robert David Peraza | Robert David Peraza | Asaro | | | $1,650,900.00 |
| Linda Pohlmann, as personal representative of the estate of William Howard Pohlmann | William Howard Pohlmann | King | $2,000,000.00 | | |
| Linda Pohlmann | William Howard Pohlmann | King | | $12,500,000.00 | |
| Nicky Santiago | Giovanna Porras | Morris | | $12,500,000.00 | |

14

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Masia Shurla Riley, as personal representative of the estate of Scott A. Powell | Scott A. Powell | King | $2,000,000.00 | | |
| Art Edward Powell | Scott Alan Powell | King | | $4,250,000.00 | |
| Sydney Ayesha Powell | Scott Alan Powell | King | | $8,500,000.00 | |
| Scott Alan Watkins | Scott Alan Powell | King | | $8,500,000.00 | |
| Gayle Regan, as personal representative of the estate of Thomas Michael Regan | Thomas Michael Regan | King | $2,000,000.00 | | $9,293,281.00 |
| Allaistar Mairead Regan | Thomas Michael Regan | King | | $8,500,000.00 | |
| Connor Patrick Regan | Thomas Michael Regan | King | | $8,500,000.00 | |
| Gayle Diane Regan | Thomas Michael Regan | King | | $12,500,000.00 | |
| Susan Zalesne Retik & Mark Retik, as co-personal representatives of the estate of David Eliot Retik | David Eliot Retik | Hargrave | | | $28,331,815.00 |
| Linda Rhodes, as personal representative of the estate of John Rhodes | John Rhodes | Hemenway | | | $972,585.00 |
| Thomas Kelleher, as personal representative of the estate of Stephen Roach | Stephen Roach | King | $2,000,000.00 | | |
| Eileen B. Roach | Stephen Louis Roach | King | | $8,500,000.00 | |
| Isabel Roach | Stephen Louis Roach | King | | $12,500,000.00 | |
| Mackenzie A. Roach | Stephen Louis Roach | King | | $8,500,000.00 | |
| Stephen Louis Roach Jr. | Stephen Louis Roach | King | | $8,500,000.00 | |
| Karen Robertson-Jurcziak, as personal representative of the estate of Donald Walter Robertson Jr. | Donald Walter Robertson Jr. | Hargrave | | | $8,124,598.00 |
| Antoinette Rubino, as personal representative of the estate of Joanne Rubino | Joanne Rubino | Rivelli | | | $497,464.00 |
| Amanda Marie Ruddle | David Michael Ruddle | King | | $8,500,000.00 | |
| Brittley Wise, as personal representative of the estate of Richard Lawrence Salinardi Jr. | Richard Lawrence Salinardi Jr. | King | $2,000,000.00 | | |
| Brittley Christian Wise | Richard Lawrence Salinardi Jr. | King | | $12,500,000.00 | |
| Carlos Gilberto Albert | Ayleen Santiago | King | | $4,250,000.00 | |
| Lisa A. Schunk, as personal representative of the estate of Edward W. Schunk | Edward W. Schunk | King | $2,000,000.00 | | |

15

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Gail Ingersoll Sezna, as personal representative of the estate of Davis Grier Sezna Jr | Davis Grier Sezna Jr. | King | $2,000,000.00 | | |
| Davis Grier Sezna | Davis Grier Sezna Jr. | King | | $8,500,000.00 | |
| Gail I. Sezna | Davis Grier Sezna Jr. | King | | $8,500,000.00 | |
| Walter William Sezna | Davis Grier Sezna Jr. | King | | $4,250,000.00 | |
| Edith Skrzypek, as personal representative of the estate of Paul Albert Skrzypek | Paul Albert Skrzypek | King | $2,000,000.00 | | |
| Laura Kingsbury | Paul Albert Skrzypek | King | | $4,250,000.00 | |
| Albert John Skrzypek | Paul Albert Skrzypek | King | | $8,500,000.00 | |
| Edith Skrzypek | Paul Albert Skrzypek | King | | $8,500,000.00 | |
| June Pietruszkiewicz, as personal representative of the estate of James Joseph Suozzo | James Joseph Suozzo | King | $2,000,000.00 | | |
| June Ryan Pietruszkiewicz | James Joseph Suozzo | King | | $12,500,000.00 | |
| Alexander James Suozzo | James Joseph Suozzo | King | | $8,500,000.00 | |
| Timothy John Suozzo | James Joseph Suozzo | King | | $8,500,000.00 | |
| Simone Lenee Taylor | Donnie Brooks Taylor | Bernaerts | | $8,500,000.00 | |
| Vera Schleeter, as personal representative of the estate of Kip Taylor | Kip Taylor | King | $2,000,000.00 | | |
| Ann Marie Taylor | Kip Taylor | King | | $4,250,000.00 | |
| Dean Taylor | Kip Taylor | King | | $4,250,000.00 | |
| Dean Ross Taylor | Kip Taylor | King | | $8,500,000.00 | |
| John Luke Taylor | Kip Taylor | King | | $8,500,000.00 | |
| Kay Ann Taylor | Kip Taylor | King | | $8,500,000.00 | |
| Vera Schleeter, as personal representative of the estate of Nancy Taylor | Kip Taylor | King | | $12,500,000.00 | |
| Artricia McClure | Tamara Ciara Thurman | Ades | | $4,250,000.00 | |
| Wilton White | Tamara Ciara Thurman | Ades | | $4,250,000.00 | |
| Shari Tolbert, as personal representative of the estate of Kip Taylor | Otis Vincent Tolbert | Bianco | $2,000,000.00 | | |
| Amanda Nicole Tolbert | Otis Vincent Tolbert | Bianco | | $8,500,000.00 | |
| Anthony Julian Tolbert | Otis Vincent Tolbert | Bianco | | $8,500,000.00 | |

16

| Plaintiff | 9/11 Decedent | Case | Pain and Suffering Damages | Solatium Damages | Economic Damages |
|---|---|---|---|---|---|
| Brittany Lee Tolbert | Otis Vincent Tolbert | Bianco | | $8,500,000.00 | |
| Shari Lee Tolbert | Otis Vincent Tolbert | Bianco | | $12,500,000.00 | |
| Judith Knight | Frank Wisniewski | King | | $4,250,000.00 | |
| Judith Knight, as personal representative of the estate of Mary Wisniewski | Frank Wisniewski | King | | $8,500,000.00 | |
| Vincent Wisniewski | Frank Wisniewski | King | | $4,250,000.00 | |
| Raymond Robert Pena | Raymond Robert York | Bernaerts | | $8,500,000.00 | |
| Loubertha Williams, as personal representative of the estate of Jacqueline Young | Jacqueline Young | King | $2,000,000.00 | | |
| James McKenly | Jacqueline Young | King | | $4,250,000.00 | |
| Loubertha Williams | Jacqueline Young | King | | $8,500,000.00 | |
| **TOTAL PAIN AND SUFFERING DAMAGES** | | | | | $109,000,000.00 |
| **TOTAL SOLATIUM DAMAGES** | | | | | $963,500,000.00 |
| **TOTAL ECONOMIC DAMAGES** | | | | | $199,173,812.00 |
| **TOTAL DAMAGES** | | | | | $1,271,673,812.00 |