UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:03-md-01570-GBD-SN

In regard to *Kamardinova, et al. v. Islamic Republic of Iran*, 1:18-cv-05339-GBD-SN; *Jimenez, et al. v. Islamic Republic of Iran*, 1:18-cv-11875-GBD-SN; *Hemenway, et al. v. Islamic Republic of Iran*, 1:18-cv-12277-GBD-SN; *Bernaerts, et al. v. Islamic Republic Of Iran*, 1:19-cv-11865-GBD-SN; *Hargrave, et al. v. Islamic Republic Of Iran*, 1:20-cv-09387-GBD-SN; *Bianco, et al. v. Islamic Republic of Iran*, 1:20-cv-10902-GBD-SN; *King, et al. v. Islamic Republic of Iran*, 1:22-cv-05193-GBD-SN, *Strauss, et al. v. Islamic Republic of Iran*, 1:22-cv-10823-GBD-SN

I hereby certify under the penalties of perjury that on the 21st day of December 2023, I served defendant:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 4230, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Notices of Judgment prepared in accordance with 22 CFR § 93.2;
2. Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and January 4, 2022, in six (6) above-referenced matters;
3. Order of Partial Final Judgments, ECF No. 9416, dated November 6, 2023, and filed November 7, 2023;
4. Instructions for Appealing Judgment;
5. A copy of 28 U.S.C. 1330, 1391(f), 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.);

6. Affidavit of translator

Dated: New York, New York
December 21, 2023

                                                                                                   RUBY J. KRAJICK
                                                                                                   CLERK OF COURT

                                                                                                   <u>/s/ Rachel Slusher         </u>
                                                                                                   Deputy Clerk