UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE: : ORDER
:
TERRORIST ATTACKS ON : 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001 :
:
------------------------------------x

This document relates to:

    *Kim, et al. v. Islamic Republic of Iran*, 18-cv-11870 (GBD) (SN)
    *Hemenway, et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
    *King, et al. v. Islamic Republic of Iran*, 22-cv-5193 (GBD) (SN)

### ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 9910.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Jerry S. Goldman, Esq. (ECF No. 9915), and in light of the default judgments as to liability against the Islamic Republic of Iran entered on September 3, 2019 (ECF Nos. 5049, 5054) and November 7, 2023 (ECF No. 9416), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 4690, 4694, 8887); and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration (*see* ECF No. 9915-4); and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded compensatory damages for her decedent's pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiff receiving pain and suffering damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- ECF No. 9910 in 03-md-1570;
- ECF No. 236 in 18-cv-11870;
- ECF No. 274 in 18-cv-12277; and
- ECF No. 120 in 22-cv-5193.

Dated: August 29, 2024
       New York, New York

SO ORDERED.

*George B. Daniel*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Jamie | | Brito | | Victoria | | Alvarez-Brito | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | | N/A | $2,000,000.00 | 9915-4, at 1 | 7/1/24 | N/A | $1,277,218.00 |
| 2 | Andrea | | Stauter | | Edward | T. | Earhart | | US | 9/11/2001 | VA | 18cv11870 | 18cv11870, 1 at 1 | | N/A | N/A | 9915-4, at 24 | 7/1/24 | N/A | $1,226,414.00 |
| 3 | Dawn; Thomas | | Gonzalez; Gonzalez | | Jenine | | Gonzalez | | US | 9/11/2001 | NY | 18cv11870 | 18cv11870, 1 at 5 | 5509, 5532, granted at 5565 | N/A | N/A | 9915-4, at 39 | 7/1/24 | N/A | $1,562,453.00 |
| 4 | Lance | | Ogren | | Joseph | J. | Ogren | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 7 | 5548, granted at 5641 | N/A | N/A | 9915-4, at 62 | 7/1/24 | N/A | $4,025,861.00 |
| 5 | Valada | B. | Penny | | Richard | | Penny | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | | N/A | N/A | 9915-4, at 79 | 7/1/24 | N/A | $153,883.00 |
| 6 | Gail | Ingersoll | Sezna | | Davis | Grier | Sezna | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | | N/A | N/A | 9915-4, at 102 | 7/1/24 | N/A | $2,476,433.00 |