

United States Department of State

*Washington, D.C.   20520*

February 26, 2025

Tammi M. Hellwig
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

>    Re: *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN): *Ashton,*
>    *et al. v. al Qaeda Islamic Army, et al.*, 1:02-cv-06977 (and member case *Burlin-game,*
>    *et al. v. Bin Laden, et al.*), 1:02-cv-07230; *Jessica DeRubbio, et al. v. Islamic Republic*
>    *of Iran*, 1:18-cv-5306; *Roberta Agyeman, et al. v. Islamic Republic of Iran*, 1:18-cv-
>    05320; *Laurence Schlissel, et al. v. Islamic Republic of Iran*, 1:18-cv-05331;
>    *Alexander Jiminez, et al. v. Islamic Republic of Iran*, 1:18-cv-11875; *Marinella*
>    *Hemenway, et al. v. Islamic Republic of Iran*, 1:18-cv-12277; *BNY Mellon, et al. v.*
>    *Islamic Republic of Iran*, 1:19-cv-11767; *Deborah Bodner, et al. v. Islamic Republic of*
>    *Iran*, 1:19-cv-11776; *August Bernaerts et al. v. Islamic Re-public of Iran*, 1:19-cv-
>    11865; *Paul Asaro, et al. v. Islamic Republic of Iran*, 1:20-cv-10460; *and Michael*
>    *Bianco, et al. v. Islamic Republic of Iran*, 1:20-cv-10902

Dear Ms. Hellwig:

   I am writing regarding the Court's request for transmittal of an Order Granting Partial
Final Default Judgment for the Plaintiffs Listed in Exhibit A (ECF 10266, August 28, 2024),
Instructions to Appeal, Notice of Default Judgment, and other documents to the Islamic Republic
of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced
lawsuit.

   Because the United States does not maintain diplomatic relations with the Government of
Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of
Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.
The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of
diplomatic note No. 1150-IE, dated December 22, 2024, and delivered on January 13, 2025.  A
certified copy of the diplomatic note is enclosed.[1]

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should
not be construed as an indication in any way of the United States' position or views on whether plaintiffs have
properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether
service was properly effected, or the merits of any claims or defenses. *See*
https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-
Process/Foreign-Sovereign-Immunities-Act.html.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:     Jerry S. Goldman
        Anderson Kill P.C.
        1251 Avenue of the Americas
        New York, NY 10020