

United States Department of State

Washington, D.C. 20520

December 18, 2025

Tammi M. Hellwig, Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN): *Hemenway, et al. v. Islamic Republic of Iran*, 1:18-cv-12277 and *King, et al. v. Islamic Republic of Iran*, 22-cv-5193(GBD)(SN)**

Dear Ms. Hellwig:

I am writing regarding the Court's request for transmittal of Order Granting Partial Final Default Judgment Against the Islamic Republic of Iran for the Hemenway and King Plaintiffs Listed in Exhibit A (Dkt. 10984, May 29, 2025) and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1084-IE, dated November 2, 2025, and delivered on November 9, 2025. A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:  Jerry S. Goldman
     ANDERSON KILL P.C.
     7 Times Square, 15th Floor
     New York, NY 10036